**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| RUTH SEARS | |
| | NO. 09-14401 |
| | JUDGE: Schmetterer |
| DEBTOR | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

Know comes  Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by and through Counsel, and responds to the Trustee's October 5, 2011 Notice of Final Mortgage Cure as follows:   As of 10/05/2011, the post-petition sums due and collectable are as follows:

10/2011 – 10/2011 monthly payments at     = $                          1,966.83
$1,966.83 each

TOTAL                              = $                          1,966.83

Respectfully submitted,

 /s/ Todd J. Ruchman
Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-021316

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE**